## Commonwealth *v.* Russell, Appellant.

Argued December 13, 1966; reargued June 16, 1967. *Leonard Levin,* with him *Levin, Levin*

*and Levin,* for appellant; *Michael M. Baylson,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence or any part of it which had not been performed at the time the appeal was made a supersedeas.

WRIGHT and HOFFMAN, JJ., would grant a new trial.